Craig A. Mueller, Esq.
Nevada Bar No. 4703
MUELLER & ASSOCIATES, INC.
723 South Seventh Street
Las Vegas, NV 89101
Ph. (702) 382-1200
Fx. (702) 940-1235
electronicservice@craigmuellerlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENYCE ELDRIDGE, an individual; AQUA A SALON, a Domestic Entity,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE SISOLAK, in his official capacity of Governor of the State of Nevada; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00904-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE No. 2:20-cv-00904-RFB-EJY WITH PREJUDICE** |

**COME NOW**, Plaintiffs, DENYCE ELDRIDGE and AQUA A SALON, by and through their attorney, Craig A. Mueller, Esq. of MUELLER & ASSOCIATES, INC. and Defendant, STEVE SISOLAK, in his official capacity of Governor of the State of Nevada by and through his attorneys, Aaron D. Ford, Esq., Attorney General and Craig A. Newby, Esq., Deputy Solicitor General for the **State Of Nevada Office Of The Attorney General,**

1

and file this Stipulation and Order to Dismiss Case No. 2:20-cv-00904-RFB-EJY With Prejudice.

DATED this 12th day of June, 2020

**AARON D. FORD**
Attorney General

By: */s/ Craig A. Newby, Esq.*
Craig A. Newby, Esq.
Nevada Bar No. 8591
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3420
cnewby@ag.nv.gov
*Attorneys for Defendants*

DATED this 12th day of June, 2020.

**MUELLER & ASSOCIATES, INC**.

By: */s/ Craig A. Mueller, Esq.*
Craig A. Mueller, Esq.
Nevada Bar No. 4703
723 S. 7th Street
Las Vegas, NV 89101
702-382-1200
Electronicservice@craigmuellerlaw.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of June, 2020.

2